

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2013

No. 04-13-00545-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.**
and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

On August 27, 2013 real parties in interest Denise Molina and George Duzane, co-conservators of Rafael "Ralph" Molina, and Rafael "Ralph" Molina, filed an unopposed motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real parties in interest is due to this court on or before September 27, 2013.

It is so **ORDERED** on August 28, 2013.             PER CURIAM

ATTESTED TO: _____
                      Keith E. Hottle
                      Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-conservators of Rafael "Ralph" Molina and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc. et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.